[Decided February 4, 1887.]

JOHN CARSON v. JOHANN DAHMS.

APPEAL from the District Court holding terms at Tacoma. Second District.

By stipulation of parties, this cause was submitted upon the facts stated in the record in the case of *John Carson* v. *Lafayette P. Railsback, ante,* p. 168, and upon the same briefs. It was agreed that in this case the same questions were involved, and that the same judgment should be entered.

*Mr. J. P. Judson*, for the Appellant.

*Messrs. Struve, Haines, & McMicken*, for the Appellee.

By the COURT.— For the reasons stated in the case of *John Carson* v. *Lafayette P. Railsback, ante*, p. 168, decided at this term, the judgment in this cause is affirmed.